United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARAMAD CONLEY,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

    Defendants.

_____/

Case No. C-12-00454 JCS

**ORDER GRANTING MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff has requested leave to file his Complaint under seal on the basis that it discusses information that is the subject of a sealing order entered by Judge Marla Miller, of the Superior Court of the State of California, on November 3, 2010 in connection with Plaintiff's petition for a writ of habeas corpus. Judge Miller's detailed order addressed numerous related applications to seal the record by the State of California, granting certain requests and denying many others. Based on the present record, the Court is unable to determine whether the specific portions of the Complaint that Plaintiff seeks to file under seal fall within the scope of Judge Miller's sealing order. Therefore, while Plaintiff's request to file the Complaint under seal is **GRANTED**, the Court intends to order, after all parties have appeared, that the parties submit simultaneous briefs, not to exceed five pages, showing cause why the specific portions of the complaint that Plaintiff has redacted from the public version should be sealed. The parties will be requested to address both whether the redactions fall within the scope of Judge Miller's order and whether these portions of the Complaint should be

sealed in light of the legal standards that govern whether a document may be sealed in federal court.

IT IS SO ORDERED.

Dated: February 1, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

2