| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|   | DANIEL PURCELL- #191424 |
| 2 | dpurcell@kvn.com |
|   | ERIC H. MacMICHAEL- #231697 |
| 3 | emacmichael@kvn.com |
|   | REBEKAH L. PUNAK- #248588 |
| 4 | rpunank@kvn.com |
|   | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
|   | Telephone: (415) 391-5400 |
| 6 | Facsimile: (415) 397-7188 |

Attorneys for Third Party
CARAMAD CONLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TENNISON, | Case No. C 04-00574 CW |
| Plaintiff, | Consolidated with Case No. C 04-01643 CW |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT; PRENTICE EARL SANDERS, and NAPOLEON HENDRIX, | **ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Defendants. | |
| CARAMAD CONLEY, | Case No. C 12-00454-JCS |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; PRENTICE EARL SANDERS, | |
| Defendants, | |

1   Third Party Caramad Conley ("Conley") has filed a motion to consider whether the
2   action entitled *Conley v. City and County ofSan Francisco,* 3:12-cv-00454-JCS, currently
3   pending before the Honorable Magistrate Judge Joseph Spero in this District, should be related to
4   the action formerly before this Court, entitled *Tennison v. City and County of San Francisco,*
5   4:04-cv-574-CW.  Having carefully considered the papers on this motion, the Court declines to
6   relate the cases.

8   IT IS SO ORDERED.

11   Dated:  3/19/2012

    HONORABLE CLAUDIA WILKEN
    Judge of the United States District Court