DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:      (415) 554-3837
E-Mail:          peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and PRENTICE EARL SANDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARAMAD CONLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and PRENTICE EARL SANDERS,<br><br>  Defendants. | Case No. C12-00454 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**<br><br>Currently Scheduled Conf.: May 25, 2012<br>Proposed Continued Conf.: June 15, 2012 |

## INTRODUCTION

Plaintiff Caramad Conley and Defendants City and County of San Francisco and Prentice Earl Sanders request an order continuing the case management conference and oral argument on Defendants' motion to dismiss from May 25, 2012 to June 15, 2012, because of a scheduling conflict.

## RECITALS

Both deputy city attorneys assigned to this case are unavailable on May 25, 2012.  Deputy City Attorney Joshua S. White will be out of state on a pre-paid vacation on May 25, 2012.  Deputy City Attorney Peter Keith is unavailable due to a prior scheduling conflict.

## DECLARATION OF JOSHUA S. WHITE

1. I am a deputy city attorney with the San Francisco City Attorney's Office, counsel for defendants.  I have personal knowledge of the facts set forth in this declaration, based on my role as attorney of record in this case.

2. Each of the facts recited above is true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on May 1, 2012, at San Francisco, California.

_____/s/_____

JOSHUA S. WHITE

Stipulation and Order                    1                    n:\lit\li2012\070571\00771002.doc
CV12-00454 JCS

## STIPULATION

Based upon the facts recited above, the parties stipulate to entry of an order continuing the case management conference and oral argument on Defendants' motion to dismiss from May 25, 2012 to **June 15, 2012, at 1:30 p.m.** The parties further stipulate that they will file their joint case management conference statement by June 8, 2012. The parties further stipulate that they will exchange their respective discovery plans and initial disclosures by June 8, 2012.

SO STIPULATED.

Dated: May 1, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

BY: _____/s/_____
JOSHUA S. WHITE
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PRENTICE EARL SANDERS

Dated:  May 1, 2012

KEKER & VAN NEST

By:_____/s/_____
ERIC MACMICHAEL
Attorneys For Plaintiff
CARAMAD CONLEY

## ORDER

Pursuant to the parties' stipulation, the further case management conference and oral argument on Defendants' motion to dismiss currently scheduled for May 25, 2012, at 1:30 p.m. are continued to June 15, 2012 at ~~1:30 p.m.~~ 9:30 a.m. The parties shall file their joint case management statement by June 8, 2012.

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero

Dated: __May 2, 2012_____

The Honorable Joseph C. Spero
United States Magistrate Judge