1  KEKER & VAN NEST LLP
   DANIEL PURCELL, #191424
2  dpurcell@kvn.com
   ERIC H. MACMICHAEL, #231697
3  emacmichael@kvn.com
   REBEKAH L. PUNAK, #248588
4  rpunak@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
6  Facsimile:  415 397 7188

7  Attorneys for Plaintiff
   CARAMAD CONLEY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 | CARAMAD CONLEY,                         | Case No. 12-cv-00454-JCS
13 |        Plaintiff,                       | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
14 |   v.                                    |
15 | CITY AND COUNTY OF SAN FRANCISCO        |
   | and PRENTICE EARL SANDERS,              | Hearing:   September 14, 2012
16 |                                         | Time:      9:30 a.m.
   |        Defendants.                      |
17 |                                         | Judge:     Hon. Joseph C. Spero
18 |                                         | Date Comp. Filed:  January 27, 2012
   |                                         | Trial Date:    None
19

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 12-cv-00454-JCS

690842.01

1   WHEREAS, during the initial Case Management Conference held on June 16, 2012, the
2   Court set a further Case Management Conference for September 14, 2012;
3   WHEREAS, since the initial Case Management Conference, the parties have exchanged
4   written discovery and have met and conferred regarding deposition discovery, and have reached
5   an agreement whereby all depositions taken in the underlying habeas action will be treated by the
6   parties as though taken in this action, which agreement is intended to streamline deposition
7   discovery and promote efficiency in this matter;
8   WHEREAS, the parties do not currently have any disputes or issues that need to be
9   addressed to the Court regarding discovery or the schedule in this case;
10  WHEREAS Plaintiff and Defendants, by and through their counsel, have met and
11  conferred and believe that the resources of the Court and the parties would be used most
12  efficiently by continuing the case management conference set for September 14, 2012 until
13  October 26, 2012, or as soon thereafter as may be convenient for the Court and the parties;
14  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
15  their respective counsel of record, that a Case Management Conference should be scheduled for
16  October 26, 2012 at ~~9:30 a.m.~~ 1:30 PM - JCS, or as soon thereafter as may be convenient for the Court and the
17  parties, and that the case management statement shall be due not less than seven (7) days prior to
18  the conference.

Dated: September 7, 2012                           KEKER & VAN NEST LLP


                                                    By: /s/ Eric MacMichael
                                                    ERIC MACMICHAEL
                                                    Attorneys for Plaintiff
                                                    CARAMAD CONLEY

1
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 12-cv-00454-JCS

690842.01

Dated: September 7, 2012

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        BLAKE P. LOEBS
        Chief of Civil Rights Litigation
        PETER J. KEITH
        JOSHUA S. WHITE
        Deputy City Attorneys

By: /s/ Joshua White
     JOSHUA S. WHITE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and PRENTICE EARL SANDERS

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED** AS MODIFIED.

DATED: 9/10/12

HONORABLE [signature: Judge Joseph C. Spero]
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*

2

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 12-cv-00454-JCS

690842.01