UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARMAD CONLEY,                       No. C 12-00454 (JCS)

       Plaintiff(s),                   **ORDER RE TELEPHONIC CONTACT WITH INMATE JOHN E. JOHNSON**

   v.

SF CITY & COUNTY,

       Defendant(s).
_____/

TO THE RALPH M. DIAZ, WARDEN OF CORCORAN STATE PRISON:

John E. Johnson, inmate number D86157, is currently incarcerated at the Corcoran State Prison. **The Court therefore ORDERS that Mr. John E. Johnson be made be made available by telephone to speak to counsel John Phillipsborn.**

IT IS SO ORDERED.

Dated: November 2, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge