# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caramad Conley,<br><br>        Plaintiff,<br><br>  v.<br><br>City and County of San Francisco, et al.,<br><br>        Defendants. | Case No.: 3:12-cv-00454-JCS<br><br>**ORDER APPOINTING COUNSEL JOHN T. PHILIPSBORN FOR WITNESS JOHN E. JOHNSON FOR PURPOSE OF DEPOSITION** |

    The Court has received a follow-up letter attached hereto as Exhibit A from John T. Philipsborn regarding witness John E. Johnson's request to have counsel present during any deposition in connection with the above pending lawsuit. Pursuant to the CJA Plan for this District, the Court hereby appoints Mr. Philipsborn as counsel to represent Mr. Johnson for the limited purpose of his deposition.

    IT IS SO ORDERED.

Dated: November 14, 2012

                                                      Joseph C. Spero<br>
                                                    United States Magistrate Judge