DENNIS J. HERRERA, City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
VINCE CHHABRIA, State Bar # 208557
JOSHUA S. WHITE, State Bar #237223
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908 [Keith]
Telephone:     (415) 554-4674 [Chhabria]
Telephone:     (415) 554-4259 [White]
Telephone:     (415) 554-3862 [Pederson]
Facsimile:     (415) 554-3837
Email:         peter.keith@sfgov.org
Email:         vince.chhabria@sfgov.org
Email:         joshua.white@sfgov.org
Email:         elizabeth.pederson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and PRENTICE EARL SANDERS


KEKER & VAN NEST LLP
DANIEL PURCELL, #191424
dpurcell@kvn.com
ERIC H. MACMICHAEL, #231697
emacmichael@kvn.com
REBEKAH L. PUNAK, #248588
rpunak@kvn.com
H. SAVALA NOLAN, #284212
snolan@kvn.com
633 Battery Street San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiff CARAMAD CONLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARAMAD CONLEY, | Case No. C12-00454 JCS |
| Plaintiff, | **STIPULATIONS REGARDING EVIDENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO and PRENTICE EARL SANDERS, | |
| Defendants. | |

WHEREAS, the parties have met and conferred in an effort to streamline discovery and the presentation of evidence at summary judgment and/or trial in the present action, and the parties have identified documents the authenticity of which is not disputed,

THEREFORE, the parties stipulate as follows:

1. All documents listed in Exhibit A are authentic. All documents listed in Exhibit A that were prepared by public employees, except for pleadings, meet the requirements of Federal Rule of Evidence 803(6).

2. All court records, pleadings, and transcripts in the proceedings *People v. Paul Green*, S.F. Superior Court Case No. 140-303 and *People v. Caramad Conley*, S.F. Superior Court Case No. 153-756, are judicially noticeable as evidence of what occurred during those proceedings under Federal Rule of Evidence 201. The parties are not stipulating or agreeing to the truth of any statement contained within such court records, pleadings or transcripts, and reserve all arguments for and against admissibility for the truth of the matters stated.

3. Copies of court records, pleadings, and transcripts shall be treated as authentic without any need for certification.

4. For all such documents listed above, the parties further stipulate that neither party need produce a qualified witness to testify or declare as to the identity, time, and mode of preparation of the documents. By entering this stipulation, neither side waives its right to object to the admissibility of any particular document listed above or its contents on other grounds. This includes but is not limited to the following: the document contains hearsay within hearsay or the document and its contents are not relevant to the issues to be tried in the case.

5. All depositions taken in the proceeding *Caramad Conley v. Mike Knowles*, San Francisco Superior Court Writ No. 5861, and all testimony given in the evidentiary hearing in that proceeding, shall be usable in the present action as if they were depositions given in the present action.

//

//

//

STIPULATIONS REGARDING EVIDENCE        2        n:\lit\li2012\070571\00848291.doc
CV12-00454 JCS

6. Notwithstanding any of the foregoing, defendants do not stipulate to the authenticity of the document entitled "Declaration of Clifford Polk" dated December 13, 2005.

**IT IS SO STIPULATED.**

Dated: June 18, 2013

        DENNIS J. HERRERA
        City Attorney

        By: /s/
        PETER J. KEITH

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO
        and PRENTICE EARL SANDERS

Dated: June 18, 2013

        KEKER & VAN NEST LLP

        By: /s/**
        ERIC H. MACMICHAEL

        Attorneys for Plaintiff
        CARAMAD CONLEY

        **Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

Dated: 6/19/13

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA