UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARAMAD CONLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-00454-JCS<br><br>**ORDER RE SEALING ORDER ON MOTION FOR SUMMARY JUDGMENT** |

The Order denying Defendants' Motion for Summary Judgment and granting in part and denying in part Plaintiff's Motion for Partial Summary Judgment, dated September 5, 2013, has been filed under seal. Dkt. No. 177. The Court intends to publish the entire opinion in the public record within fifteen (15) days of the date of this Order. The Court will publish the opinion unless the party seeking to redact portions overcomes the "strong presumption in favor of access" to the courts with "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal citations and quotations omitted). If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than seven (7) days from the date of this Order. Objections to proposed redactions, if any, may be filed not later than ten (10) days from the date of this Order.

　　IT IS SO ORDERED.

Dated: September 5, 2013

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge