KEKER & VAN NEST LLP
DANIEL PURCELL - # 191424
dpurcell@kvn.com
ERIC H. MACMICHAEL - # 231697
emacmichael@kvn.com
REBEKAH L. PUNAK - # 248588
rpunak@kvn.com
BENITA BRAHMBHATT - # 282523
bbrahmbhatt@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiff CARAMAD CONLEY

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
JOSHUA S. WHITE, State Bar #237223
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3908 [Keith]
Facsimile: (415) 554-3837
Email: peter.keith@sfgov.org

Attorneys for Defendants PRENTICE EARL SANDERS
and CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARAMAD CONLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and PRENTICE EARL SANDERS,<br><br>        Defendants. | Case No. 12-cv-00454-JCS<br><br>**STIPULATED CONSENT JUDGMENT AND [PROPOSED] ORDER OF DISMISSAL UNDER FRCP 41(A)(2)**<br><br>Dept.: Courtroom G, 15th Floor<br>Judge: Hon. Joseph C. Spero<br><br>Date Comp. Filed: January 27, 2012<br>Trial Date: November 4, 2013 |

# STIPULATION

The undersigned parties, by and through their respective counsel, do hereby stipulate:

WHEREAS, the parties are engaged in litigation in this Court, Case No. 12-cv-00454-JCS (the "Action");

WHEREAS, the parties have agreed to resolve the Action pursuant to Settlement Agreements and Mutual Releases (the "Agreements"); and

WHEREAS, said Agreements called for the entry of a Consent Judgment and Order of Dismissal upon the terms set forth in the Agreements;

ACCORDINGLY, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED that the Court enter the attached Consent Judgment and Order of Dismissal.

Respectfully submitted,

Dated: September 3, 2014                KEKER & VAN NEST LLP

By: */s/ Daniel Purcell*
    DANIEL PURCELL

Attorneys for Plaintiff CARAMAD CONLEY

Dated: September 3, 2014                DENNIS J. HERRERA
                                        City Attorney
                                        CHERYL ADAMS
                                        Chief Trial Deputy

                                        PETER J. KEITH
                                        JOSHUA S. WHITE
                                        ELIZABETH PEDERSON
                                        Deputy City Attorneys

By: */s/ Peter J. Keith*
    PETER J. KEITH

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and PRENTICE EARL SANDERS

## CONSENT JUDGMENT AND [~~PROPOSED~~] ORDER OF DISMISSAL

The Court enters this Consent Judgment and Order of Dismissal, based on the stipulation of the parties, plaintiff Caramad Conley ("Conley) on the one hand, and defendants City and County of San Francisco and Prentice Earl Sanders (collectively "Defendants"), on the other hand, in light of the following:

WHEREAS, Conley and Defendants are engaged in litigation in this Court, Case No. 12-cv-00454-JCS (the "Action");

WHEREAS, Conley and Defendants have agreed to resolve the Action pursuant to Settlement Agreements and Mutual Releases (the "Agreements"); and

WHEREAS, said Agreements called for the entry of this Consent Judgment and Order of Dismissal upon the terms set forth in the Agreement;

ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:

1. Conley's claims, as set forth in his Complaint filed January 27, 2012, are dismissed with prejudice;

2. The dismissal set forth in paragraph 1 of this Judgment is made pursuant to Federal Rule of Civil Procedure 41(a)(2) and is conditioned on the parties' compliance with the terms of the Agreements, which terms are incorporated herein and are made part of this Judgment;

3. The Court retains jurisdiction to enforce this Judgment and the incorporated Agreement; and

4. Other than as provided in the Agreements, each party is to bear its own costs and fees to date.

IT IS SO ORDERED.

Dated: 9/3/14

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge