FILED

SEP 8 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARAMAD CONLEY, Plaintiff - Appellee, v. CITY AND COUNTY OF SAN FRANCISCO, Defendant, and PRENTICE EARL SANDERS, Defendant - Appellant. | No. 13-17009 D.C. No. 3:12-cv-00454-JCS Northern District of California, San Francisco ORDER |

The court is in receipt of appellant's correspondence dated September 2, 2014, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Lisa Jaye
Circuit Mediator

LJ/Mediation